IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEPHAS CEPHAS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 1:13-cv-2183 |
| v. | : | |
| | : | Hon. John E. Jones III |
| PENNSYLVANIA | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM

**November 26, 2013**

**THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:**

Plaintiff Cephas Cephas ("Plaintiff" or "Cephas"), currently an inmate

confined at the Snyder County Prison in Selinsgrove, Pennsylvania, commenced

this *pro se* action by filing a Complaint (Doc. 1) pursuant to the provisions of 42

U.S.C. § 1983. (Doc. 1).

The Court conducted preliminary screening of the Complaint pursuant to 28

U.S.C. § 1915. In an Order dated October 16, 2013, we explained that Plaintiff

would be required to file an amended complaint, and afforded him an opportunity

to do so on or before November 12, 2013. (*See* Doc. 12).

Although the deadline for filing an amended complaint has expired, Plaintiff neither has filed an amended complaint nor requested an extension of time in which to do so.  Accordingly, this action will be dismissed.  An appropriate Order will enter on today's date.