IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CEPHAS CEPHAS,                          :
                                        :
            Plaintiff,                   :
                                        :        1:13-cv-2183
      v.                                 :
                                        :        Hon. John E. Jones III
PENNSYLVANIA                            :
                                        :
            Defendant.                   :

## ORDER

**November 26, 2013**

In accordance with the Memorandum issued on today's date, **IT IS**

**HEREBY ORDERED AS FOLLOWS:**

1.    The above-captioned action is **DISMISSED**.

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    Any appeal from this Order will be deemed frivolous, lacking merit,

      and not taken in good faith.


                                        s/ John E. Jones III
                                        John E. Jones III
                                        United States District Judge